UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 23 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

Plaintiff - Appellant,

v.

STATE OF CALIFORNIA; et al.,

Defendants - Appellees,

----------------------------------------

SERVICES, IMMIGRANT RIGHTS AND EDUCATION NETWORK and MI FAMILIA EN ACCION,

Intervenors - Pending.

No. 26-7070

D.C. No.
2:26-cv-12025-DOC-ADS
Central District of California,
Los Angeles

ORDER

On October 23, 2026, appellant filed a motion for injunction pending appeal at Docket Entry No. 6. Appellees must file a response to the motion by Saturday, October 24, 2026 at 12:00 p.m. PDT.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT