No. 26-7070

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

UNITED STATES OF AMERICA,

*Plaintiff-Appellant*

v.

SHIRLEY WEBER, *et al.*,

*Defendants-Appellees*

On Appeal from the United States District Court for the Central District of California
No. 2:26-cv-12025-DOC
Hon. David O. Carter

# SIREN AND MI FAMILIA EN ACCIÓN'S MOTION FOR LEAVE TO FILE PROPOSED RESPONSE IN OPPOSITION TO EMERGENCY MOTION FOR INJUNCTION PENDING APPEAL

Tyler L. Bishop
**ELIAS LAW GROUP LLP**
1700 Seventh Ave., Ste. 2100
Seattle, WA 98101
Tel.: (202) 948-1135

Uzoma N. Nkwonta
Branden D. Lewiston
Robert Golan-Vilella
Julianna D. Astarita
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave NW, Ste. 400
Washington, D.C. 20001
Tel.: (202) 948-1135
unkwonta@elias.law

*Attorneys for Proposed Intervenors-Appellees SIREN and MFA*

Proposed Intervenors Services, Immigrant Rights and Education Network ("SIREN") and Mi Familia en Acción ("MFA") (together, "Proposed Intervenors") respectfully move for leave to file a proposed response in opposition to the United States' Motion for Injunction Pending Appeal (Dkt. 6), attached hereto as Exhibit A.

Proposed Intervenors moved to intervene in the district court on the day this lawsuit was filed and filed a proposed opposition to the United States' Application for a Temporary Restraining Order in the district court. *See* ECF 58-1.[1] Both motions were set for hearing on Tuesday, October 27, but DOJ decided to notice this appeal instead. *See* ECF 64, 74. Proposed Intervenors promptly moved to intervene in this Court, and that motion also remains pending. *See* Dkt. 7. This Court then directed responses to DOJ's motion by 12:00 p.m. PDT today, October 24, 2026. *See* Dkt. 21.

As further explained in Proposed Intervenors' motion to intervene and in their proposed response, the relief requested by the United States would set aside the ballots of lawful voters Proposed Intervenors represent—including naturalized citizens most likely to be misidentified by DOJ's list—and would disrupt Proposed Intervenors' get-out-the-vote work in the final

[1] "ECF" citations are to the district court's docket, and "Dkt." citations are to this Court's docket.

days of the election. Those interests are directly at stake in the motion for injunction pending appeal, which the United States insisted this Court decide on an expedited schedule. Further, granting leave will neither delay the proceedings nor prejudice any party; Proposed Intervenors seek no change to the briefing schedule ordered by the Court.

Proposed Intervenors thus request that the Court accept the attached proposed opposition and, if the Court grants their motion to intervene, deem the opposition as timely filed. In the alternative, if the Court does not grant the motion to intervene before ruling on the United States' motion, Proposed Intervenors request that their opposition be considered as a brief of *amici curiae*. Even though this motion is exempt any conferral requirement because of the extreme time urgency, Proposed Intervenors contacted the parties for their positions. State Defendants-Appellees take no position. County Defendant-Appellee did not reply before filing. DOJ opposes.

For the foregoing reasons, the Court should grant Proposed Intervenors leave to file the attached proposed opposition brief.

Dated: October 24, 2026

Respectfully submitted,

*<u>/s/ Uzoma N. Nkwonta</u>*
Uzoma N. Nkwonta
Branden D. Lewiston
Robert Golan-Vilella
Julianna D. Astarita
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 948-1135
F: (202) 968-4498
unkwonta@elias.law
blewiston@elias.law
rgolanvilella@elias.law
jastarita@elias.law

Tyler L. Bishop
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
T: (202) 948-1135
tbishop@elias.law

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the page limit of Circuit Rule 27-1(1)(d) because it does not exceed 20 pages, excluding the items exempted by Fed. R. App. P. 27(a)(2)(B) and 32(f). This motion also complies with the typeface and type-style requirements of Fed. R. App. P. 32(a)(5) and (6).

*/s/ Uzoma N. Nkwonta*
Uzoma N. Nkwonta