UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 24 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

Plaintiff - Appellant,

v.

STATE OF CALIFORNIA; et al.,

Defendants - Appellees,

---------------------------------------

SERVICES, IMMIGRANT RIGHTS AND EDUCATION NETWORK; et al.,

Intervenors - Pending.

No. 26-7070

D.C. No.
2:26-cv-12025-DOC-ADS
Central District of California,
Los Angeles

ORDER

Appellant United States of America may file an optional reply to the responses to the motion for injunction pending appeal by October 25, 2026 at 9 a.m. PDT.

Appellant United States of America must file a response to appellee Dean C. Logan's emergency motion under Circuit Rule 27-3 to dismiss appeal for lack of appellate jurisdiction (Docket Entry No. 36) by October 25, 2026 at 9 a.m. PDT.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT