UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 24 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

Plaintiff - Appellant,

v.

STATE OF CALIFORNIA; et al.,

Defendants - Appellees,

----------------------------------------

SERVICES, IMMIGRANT RIGHTS AND EDUCATION NETWORK; et al.,

Intervenors - Pending.

No. 26-7070

D.C. No.
2:26-cv-12025-DOC-ADS
Central District of California,
Los Angeles

ORDER

Before: BENNETT, BUMATAY, and SANCHEZ, Circuit Judges.

The court will hear remote oral argument via Zoom on Sunday, October 25, 2026, at 1 p.m. PDT. Oral argument will be 60 minutes. Each side will have 30 minutes. Defendants-appellees State of California, Shirley Weber, and Dean Logan may divide up appellees' 30 minutes however they see fit. If they are unable to agree to a distribution, each appellee will have 15 minutes.

Appellees may file an optional reply to appellant's response to the motion to dismiss by Sunday, October 25, 2026, at noon PDT.