NOT FOR PUBLICATION

FILED

OCT 26 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff - Appellant,

v.

STATE OF CALIFORNIA; et al.,

Defendants - Appellees,

---------------------------------------

SERVICES, IMMIGRANT RIGHTS AND EDUCATION NETWORK; et al.,

Intervenors - Pending.

No. 26-7070

D.C. No.
2:26-cv-12025-DOC-ADS
Central District of California,
Los Angeles

ORDER

Before: S.R. THOMAS, Senior Circuit Judge and En Banc Coordinator.

No party filed a petition for rehearing en banc from the panel's October 26, 2026, order. A deadline was set by which any judge could request a vote on whether the panel's October 26, 2026, order should be reheard en banc. No judge requested a vote within the time period. Accordingly, en banc proceedings with respect to the panel's order are concluded.

The mandate shall issue forthwith.