UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 26 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>STATE OF CALIFORNIA; et al.,<br><br>Defendants - Appellees, | No. 26-7070<br><br>D.C. No.<br>2:26-cv-12025-DOC-ADS<br><br>Central District of California,<br>Los Angeles<br><br>MANDATE |

The judgment of this Court, entered October 26, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT